B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>**AMERICAN NATURAL ENERGY CORPORATION** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>73-1605215 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>6100 South Yale Ave., Suite 2010<br>Tulsa, Oklahoma 74136<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Tulsa<br>ZIP CODE 74136 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**Parish of St. Charles, State of Louisiana**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7     ✔ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>✔ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>✔ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>✔ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✔ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ✔ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ✔ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ✔ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ✔ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __AMERICAN NATURAL__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x __/s/Chad Daigle, Director__<br>Signature of Petitioner or Representative (State title)<br>__C&M Contractors, Inc.__   __08/31/2015__<br>Name of Petitioner     Date Signed<br><br>Name & Mailing   __Chad Daigle__<br>Address of Individual   __4932 Kenal Road__<br>Signing in Representative  __Lafitte, LA 70067__<br>Capacity | x __/s/Philip K. Jones, Jr.__   __08/31/2015__<br>Signature of Attorney    Date<br>__Liskow & Lewis__<br>Name of Attorney Firm (If any)<br>__701 Poydras St., Suite 5000, New Orleans, LA 70139__<br>Address<br>__(504) 581-7979__<br>Telephone No. |
| x __/s/Brent R. Milam, President__<br>Signature of Petitioner or Representative (State title)<br>__REAMCO, Inc.__   __08/31/2015__<br>Name of Petitioner     Date Signed<br><br>Name & Mailing   __Brent R. Milam__<br>Address of Individual   __1149 Smede Highway__<br>Signing in Representative  __Broussard, LA 70518__<br>Capacity | x __/s/Philip K. Jones, Jr.__   __08/31/2015__<br>Signature of Attorney    Date<br>__Liskow & Lewis__<br>Name of Attorney Firm (If any)<br>__701 Poydras St., Suite 5000, New Orleans, LA 70139__<br>Address<br>__(504) 581-7979__<br>Telephone No. |
| x __/s/Sean McAvoy, Managing Member__<br>Signature of Petitioner or Representative (State title)<br>__Hillair Capital Investments, L.P.__   __08/31/2015__<br>Name of Petitioner     Date Signed<br><br>Name & Mailing   __Sean McAvoy__<br>Address of Individual   __345 Lorton Ave, Suite 303__<br>Signing in Representative  __Burlingame, CA 94010__<br>Capacity | x __/s/Michael A. Crawford__   __08/31/2015__<br>Signature of Attorney    Date<br>__Taylor, Porter, Brooks & Phillips LLP__<br>Name of Attorney Firm (If any)<br>__Post Office Box 2471, Baton Rouge, LA 70821__<br>Address<br>__(225) 387-3221__<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| | |
|---|---|
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |

__1__ continuation sheets attached

## CONTINUATION SHEET TO INVOLUNTARY PETITION
*In Re American Natural Energy Corporation*

| | |
|---|---|
| x /s/Chad Daigle, Secretary/Owner<br>Signature of Petitioner or Representative (State title)<br><br>**Bayou Fuel Marine & Hardware Supplies, Inc.   08/31/2015**<br>Name of Petitioner                                    Date Signed<br><br>Name & Mailing                 **Chad Daigle**<br>Address of Individual            **4932 Kenal Road**<br>Signing in Representative     **Lafitte, LA  70067**<br>Capacity | x /s/Philip K. Jones, Jr.                           08/31/2015<br>Signature of Attorney                               Date<br><br>**Liskow & Lewis**<br>Name of Attorney Firme (if any)<br><br>**701 Poydras St., Suite 5000, New Orleans, LA 70139**<br>Address<br><br>**(504) 581-7979**<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| C&M Contractors, Inc.<br>4932 Kenal Road<br>Lafitte, LA  70067 | Sale of services/goods | $  29,351.00 |
| REAMCO, Inc.<br>1149 Smede Hwy.<br>Broussard, LA  70518 | Sale of services/goods | $  11,506.28 |
| Hillair Capital Investments, L.P.<br>345 Lorton Ave., Suite 303<br>Burlingame, CA  94010 | Loans/Advances | $3,793,897.00 |
| Bayou Fuel Marine & Hardware Supplies, Inc.<br>4932 Kenal Road<br>Lafitte, LA  70067 | Sale of services/goods | $  79,077.52 |
| **Total Amount of Petitioners' Claims** | | **$3,913,831.80** |