UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: | CASE NO.

**AMERICAN NATURAL ENERGY CORPORATION** | **15-12229**
**SECTION A**

DEBTOR

CHAPTER 11

### ORDER FOR RELIEF IN
### AN INVOLUNTARY CASE

On consideration of the Petition filed on August 31, 2015, against American Natural Energy Corporation (pleading 1), and pursuant to Debtor's Consent to Order for Relief (pleading 8),

**IT IS ORDERED** that an order for relief under chapter 11 of the Bankruptcy Code is **GRANTED**.

New Orleans, Louisiana, October 2, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge