## WRITTEN CONSENT AND RESOLUTIONS

The undersigned being all the members of the Board of Directors of American Natural Energy Corporation (the "Company"), and having met pursuant to the bylaws of the Company, and notice of such meeting have been waived as necessary:

**WHEREAS**, certain creditors of the Company filed an involuntary petition of chapter 11 bankruptcy against the Company in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Court");

**WHEREAS**, the Board of Directors have received and reviewed reports furnished it concerning the financial conditions of the Company; and

**WHEREAS**, it appearing in the business judgment of the Board of Directors that the Company should be rehabilitated and reorganized under the supervision of the United States Bankruptcy Court.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized to file a Consent to Entry of Order for Relief, as Debtor under Chapter 11 of the United States Bankruptcy Code and this instrument constitutes express written consent of the Board of Directors of the Company to commence involuntary bankruptcy proceedings;

**BE IT FURTHER RESOLVED**, that Steven P. Ensz and Mike Paulk (collectively, the "Authorized Persons") be, and hereby are, authorized on behalf of the Company to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary, or in the sole discretion of the Authorized Persons appropriate to be filed in the Court, with said petitions to be filed at such time as the Authorized Persons have determined is appropriate and to be in the form approved by the Authorized Persons, such approval to be conclusively evidenced by the execution, verification and filing of the petition; and

**AND IT BE FURTHER RESOLVED**, that the law firm of Baker Donelson be and hereby is retained as attorneys for the Company; in and for all purposes associated with the bankruptcy, subject to the approval of the court.

AND WITNESS WHEREOF, the undersigned has executed and delivered this instrument, effective as of September ___, 2015.

_____
Michael Paulk
Director

_____
Steven P. Ensz
Director

_____
Douglas MacGregor
Director

_____
John Coughlon
Director

## WRITTEN CONSENT AND RESOLUTIONS

The undersigned being all the members of the Board of Directors of American Natural Energy Corporation (the "Company"), and having met pursuant to the bylaws of the Company, and notice of such meeting have been waived as necessary:

**WHEREAS**, certain creditors of the Company filed an involuntary petition of chapter 11 bankruptcy against the Company in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Court");

**WHEREAS**, the Board of Directors have received and reviewed reports furnished it concerning the financial conditions of the Company; and

**WHEREAS**, it appearing in the business judgment of the Board of Directors that the Company should be rehabilitated and reorganized under the supervision of the United States Bankruptcy Court.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized to file a Consent to Entry of Order for Relief, as Debtor under Chapter 11 of the United States Bankruptcy Code and this instrument constitutes express written consent of the Board of Directors of the Company to commence involuntary bankruptcy proceedings;

**BE IT FURTHER RESOLVED**, that Steven P. Ensz and Mike Paulk (collectively, the "Authorized Persons") be, and hereby are, authorized on behalf of the Company to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary, or in the sole discretion of the Authorized Persons appropriate to be filed in the Court, with said petitions to be filed at such time as the Authorized Persons have determined is appropriate and to be in the form approved by the Authorized Persons, such approval to be conclusively evidenced by the execution, verification and filing of the petition; and

**AND IT BE FURTHER RESOLVED**, that the law firm of Baker Donelson be and hereby is retained as attorneys for the Company; in and for all purposes associated with the bankruptcy, subject to the approval of the court.

AND WITNESS WHEREOF, the undersigned has executed and delivered this instrument, effective as of September ___, 2015.


_____
Michael Paulk
Director


_____
Steven P. Ensz
Director


_____
Douglas MacGregor
Director


_____
John Coughlon
Director

## WRITTEN CONSENT AND RESOLUTIONS

The undersigned being all the members of the Board of Directors of American Natural Energy Corporation (the "Company"), and having met pursuant to the bylaws of the Company, and notice of such meeting have been waived as necessary:

**WHEREAS**, certain creditors of the Company filed an involuntary petition of chapter 11 bankruptcy against the Company in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Court");

**WHEREAS**, the Board of Directors have received and reviewed reports furnished it concerning the financial conditions of the Company; and

**WHEREAS**, it appearing in the business judgment of the Board of Directors that the Company should be rehabilitated and reorganized under the supervision of the United States Bankruptcy Court.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized to file a Consent to Entry of Order for Relief, as Debtor under Chapter 11 of the United States Bankruptcy Code and this instrument constitutes express written consent of the Board of Directors of the Company to commence involuntary bankruptcy proceedings;

**BE IT FURTHER RESOLVED**, that Steven P. Ensz and Mike Paulk (collectively, the "Authorized Persons") be, and hereby are, authorized on behalf of the Company to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary, or in the sole discretion of the Authorized Persons appropriate to be filed in the Court, with said petitions to be filed at such time as the Authorized Persons have determined is appropriate and to be in the form approved by the Authorized Persons, such approval to be conclusively evidenced by the execution, verification and filing of the petition; and

-1-

**AND IT BE FURTHER RESOLVED**, that the law firm of Baker Donelson be and hereby is retained as attorneys for the Company; in and for all purposes associated with the bankruptcy, subject to the approval of the court.

AND WITNESS WHEREOF, the undersigned has executed and delivered this instrument, effective as of September ___, 2015.

_____
Michael Paulk
Director

_____
Steven P. Ensz
Director

_____
Douglas MacGregor
Director

_____
John Coughlon
Director

## WRITTEN CONSENT AND RESOLUTIONS

The undersigned being all the members of the Board of Directors of American Natural Energy Corporation (the "Company"), and having met pursuant to the bylaws of the Company, and notice of such meeting have been waived as necessary:

**WHEREAS**, certain creditors of the Company filed an involuntary petition of chapter 11 bankruptcy against the Company in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Court");

**WHEREAS**, the Board of Directors have received and reviewed reports furnished it concerning the financial conditions of the Company; and

**WHEREAS**, it appearing in the business judgment of the Board of Directors that the Company should be rehabilitated and reorganized under the supervision of the United States Bankruptcy Court.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized to file a Consent to Entry of Order for Relief, as Debtor under Chapter 11 of the United States Bankruptcy Code and this instrument constitutes express written consent of the Board of Directors of the Company to commence involuntary bankruptcy proceedings;

**BE IT FURTHER RESOLVED**, that Steven P. Ensz and Mike Paulk (collectively, the "Authorized Persons") be, and hereby are, authorized on behalf of the Company to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary, or in the sole discretion of the Authorized Persons appropriate to be filed in the Court, with said petitions to be filed at such time as the Authorized Persons have determined is appropriate and to be in the form approved by the Authorized Persons, such approval to be conclusively evidenced by the execution, verification and filing of the petition; and

-1-

**AND IT BE FURTHER RESOLVED**, that the law firm of Baker Donelson be and hereby is retained as attorneys for the Company; in and for all purposes associated with the bankruptcy, subject to the approval of the court.

AND WITNESS WHEREOF, the undersigned has executed and delivered this instrument, effective as of September ___, 2015.

_____
Michael Paulk
Director

_____
Steven P. Ensz
Director

_____
Douglas MacGregor
Director

_____
John Coughlon
Director