UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-12229 |
| | * | |
| AMERICAN NATURAL | * | SECTION "A" |
| ENERGY CORPORATION | * | |
| | * | CHAPTER 11 |
| DEBTOR | * | |
| | * | |
| | * | |

*******************************************

## MOTION FOR LIMITED NOTICES

American Natural Energy Corporation (the "Debtor"), respectfully submits as follows:

### I.
### Background

1. On August 31, 2015 (the "Petition Date"), certain creditors of Debtor filed an involuntary petition for relief under Chapter 11 of the Title 11 of the United Sates Code (the "Bankruptcy Code"). On October 2, 2015 , the Debtor filed its Consent to Entry of an Order for Relief [Docket No. ___ ] and the Order for Relief was entered on October 2, 2015 [Docket No. ___ ]. Pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate any ongoing business, and manages its properties, affairs and assets as debtor-in-possession.

### II.
### Debtor's Business

2. Debtor is an oil and natural gas corporation that, together with its affiliated entities, was formed for the purpose of acquiring, developing, exploiting, and producing oil and natural gas products. A more detailed description of Debtor's business, as well as the events

leading to the commencement of the Debtor's Chapter 11 case, is set forth in the Affidavit of Steven P. Ensz in Support of First Day Motions (the "First Day Declaration").

### III.
### Jurisdiction

3.  This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### IV.
### Relief Requested

4.  The Debtor seeks an order from this Bankruptcy Court, pursuant to § 105(a) of the Bankruptcy Code and Bankruptcy Rule 9007, to implement notice procedures, substantially in the form of the proposed order attached to this Motion (the "Notice Procedures"). The Debtor requests that, to the extent that any of the Notice Procedures conflict with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Eastern District of Louisiana (the "Local Rules"), and any order regarding procedures for Chapter 11 cases entered in this Chapter 11 case, the Notice Procedures shall govern and supersede such provisions and rules.

5.  The Debtor has identified approximately 150[1] parties-in-interest to whom notice must be given under the Bankruptcy Code, the Bankruptcy Rules and/or the Local Rules. Such notice would be extremely burdensome to the Debtor, costly to its estate and, in many instances, unnecessary, as many matters have no bearing on certain parties. Accordingly, the Debtor requests the Bankruptcy Court approve the proposed Notice Procedures that will afford due and

---

[1] This amount does not include the holders of the Debtor's publically held equity securities.

adequate notice to all parties-in-interest without burdening the Debtor's estate with substantial administrative costs.

## V.
## The Master Service List

5.  The Debtor proposes to establish as Master List, a proposed copy of which is annexed hereto as <u>Exhibit A</u>, which would include: (i) the Office of the United States Trustee for the Eastern District of Louisiana; (ii) the Debtor; (iii) the attorneys for the Debtor; (iv) counsel to any official committee appointed by the United States Trustee; (v) any secured creditors of the Debtor; (vi) the Securities Exchange Commission; (vii) the Internal Revenue Service (viii) the creditors holding the 20 largest unsecured claims against the Debtor's estate, excluding insiders; and (ix) those persons who have formally appeared and requested service of these cases pursuant to Bankruptcy Rule 2002.  The Debtor proposes that notice of any relief sought or other pleadings in this Chapter 11 case only be served upon: (i) the parties then listed on the Master Service List; <u>and</u> (ii) those parties whose interests are directly affected by such pleading (e.g., contract counterparties in connection with a motion to assume or reject executory contracts).

6.  The proceedings with respect to which notice would be limited to the Master Service List would include all matters covered by Bankruptcy Rule 2002, other than the following: (i) notice of (a) any hearing to consider the dismissal of these Chapter 11 cases, or the conversion of these cases to another Chapter, (b) the time fixed for filing proofs of claim pursuant to Bankruptcy Rule 3003(c), and (c) the time fixed for filing objections to, and the hearing to consider approval of, a disclosure statement or confirmation of a plan of reorganization, and (ii) notice of and transmittal of ballots for accepting or rejecting a plan of reorganization. Notice of the foregoing matters would be given to all parties in interest in

accordance with Bankruptcy Rule 2002, unless otherwise ordered by the Court or otherwise prescribed by the Bankruptcy Code.

7. The Debtor will update the Master Service List on at least a monthly basis to include the names and addresses of any party in interest who has made a written request for notice since the prior month. In the event any changes are made, the Debtor will file the updated Master Service List with the Court.

8. Attached as Exhibit B is the proposed notice that will be given to all creditors and parties-in-interest that are listed on the Debtors' mailing matrix if this Motion is granted (the "Notice"). The Notice provides that parties who wish to receive copies of pleadings may request to be added to the Master Service List by contacting counsel for Debtor.

## VI.
## Authority for Relief

9. Bankruptcy Rule 9007 grants the Court general authority to regulate the manner of any notices required to be given under the Bankruptcy Rules. Bankruptcy Rule 2002(m) also provides that the Court "may from time to time enter orders designating matters to which, the entity to whom, and the form and manner in which notices shall be sent except as otherwise provided by these rules." Section 105(a) of the Bankruptcy code empowers the Court to "issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

10. The Debtor believes that the administration of this Chapter 11 case would be more efficient and cost effective if the relief requested herein is granted. Consequently, the Debtor submits that the relief requested in this Motion is in the best interest of the Debtor, its creditors, and all parties-in-interest.

**WHEREFORE**, the Debtor respectfully requests the Court grant the relief requested herein and such other and further relief as is just and proper.

Dated: October 2, 2015.

Respectfully submitted,

*/s/ Jan M. Hayden*
Jan M. Hayden (La #06672)
Edward H. Arnold, III (La #18767)
Patrick H. Willis (La #36088)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR AMERICAN NATURAL ENERGY CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2015, a copy of the foregoing electronically filed pleading was served via mail, facsimile, or electronic mail to all parties listed on Exhibit C attached hereto.

/s/ Jan M. Hayden
Jan M. Hayden

## EXHIBIT A

ALTEC INC
619 E SECOND ST
BROUSSARD, LA 7 0518

B7B OILFIELD SERVIES., LLC
P.O. BOX 207
BROUSSARD, LA  70518

BAKER HUGHES OILFIELD OPER,  INC
2929 ALLEN PARKWAY, SUITE 2100
HOUSTON, TX 77019

BASIC ENERGY SERVICES
801 CHERRY STREET, SUITE 2100
FORT WORTH, TX  76102

BAYOU FUEL MARINE & HARDWARE
PO BOX 70
LAFITTE, LA 70067

C & M CONTRACTORS INC
4932 KENAL RD
LAFITTE, LA 70067

CDM RESOURCE MANAGEMENT LTD
20405 TOMBALL PKWY, STE 700
HOUSTON, TX 77070

CENTRAL BOAT RENTALS INC
1640 RIVER RD
BERWICK, LA 70342

CONNER & WINTERS LLP
4000 ONE WILLIAMS CENTER
TULSA, OK 74172-0148

COUGAR OIL CORPORATION
52 7 BEAULLIEU DR
LAFAYETTE, LA 70508

DOUGLAS MACGREGOR
22 Cr 727
GUNNISON, CO 82130

EATON OIL TOOLS INC
P.O. BOX 1050
BROUSSARD, LA 70518-1050

EXXONMOBIL
PO Box 4707
HOUSTON, TX 77210-4707

FRANK'S CASING CREW & RENTAL TOOLS INC
PO BOX 51729
LAFAYETTE, LA 70505-1729

GOTHIC RESOURCES, INC.
C/O AMERICAN NATURAL ENERGY CORPORATION
2512 E. 71ST ST, SUITE J
TULSA, OK 74136

GREEN FIELD ENERGY SERVICES
4 0 23 AMBASSADOR CAFFERY, SUITE 200
LAFAYETTE, LA 70503

GUICHARD OPER CO INC
PO BOX 2000
CROWLEY, LA

HILLAIR CAPITAL INVESTMENTS, L.P.
345 LORTON AVE, SUITE 303
BURLINGAME, CA 94010

INTERNAL REVENUE SERVICE
1645 S 101st E AVENUE
TULSA, OK 74128

LEEDE FINANCIAL MARKETS, INC.
SUITE 1800-1140 WEST PENDER STREET
VANCOUVER, BC V6E 4G1

LOUISIANA OIL PROPERTIES
270 PARK AVENUE, 9TH FLOOR
NEW YORK, NY 10017-2014

MICHAEL PAULK & STEVEN P. ENSZ
2512 E. 71st ST, SUITE J
TULSA, OK 74136

OLEBROOK DIRECTIONAL SERVICES
312 ERGASON RD
CLEBURNE, TX 76013


PALO VERDE ACQUISITIONS, LLC
7711 EAST 111TH STREET, SUITE 121
TULSA, OK 74133


PAR III, INC
7711 EAST 111TH STREET SOUTH, SUITE 121
TULSA, OK 74133

PARKER DRILLNG OFFSHORE USA, LLC
PO BOX 842043
DALLAS, TX 75284-2043

PETROLEUM ENGINEERS, INC.
500 DOVER BLVD, SUITE 310
LAFAYETTE, LA  70503

PLATINUM PRESSURE PUMPING
2100 W LOOP SOUTH, STE 1601
HOUSTON, TX 77027

REAMCO INCORPORATION
1149 SMEDE HWY
BROUSSARD, LA 7 0518

RICHARD MULFORD
3209 S HICKORY LN W
CHANDLER, OK 74834

RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LE
502 W 6TH ST
TULSA, OK  74119-1010

ROUSTABOUTS INC
226 ROUSTABOUT ST
HOUMA, LA 7 03 63

SUMMA ENGINEERING INC
101 PARK AVE, STE 490
OKLAHOMA CITY, OK 73102-7211

ST. CHARLES PARISH SHERIFF'S DEPARTMENT
P.O. BOX 426
HAHNVILLE, LA 70057


SECURITIES AND EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
BURNETT PLAZA
801 CHERRY STREET
SUITE 1900, UNIT 18
FORT WORTH, TX 76102

TCA GLOBAL MASTER FUND
19950 W COUNTRY CLUB DRIVE #101
AVENTURA, FL 33180

TERREBONNE WIRELINE SERVICES, INC.
155 PUGS COURT
HOUMA, LA 70363

TPC ENERGY LLC
PO BOX 130504
SPRING, TX 77393

TRIPOINT LLC
DEPT 381
PO BOX 4346
HOUSTON, TX 77210-4346

XPRESS SUPPLY LLC
1820 BELLE CHASSE HWY STE 107
GRETNA, LA 70056

**EXHIBIT B TO MOTION TO LIMIT NOTICE**

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-12229 |
| | * | |
| AMERICAN NATURAL | * | SECTION "A" |
| ENERGY CORPORATION | * | |
| | * | CHAPTER 11 |
| DEBTOR | * | |
| | * | |
| | * | |

******************************************

**NOTICE REGARDING PROCEDURES FOR
REQUESTING SERVICE OF DOCUMENTS**

    **PLEASE TAKE NOTICE THAT** on October 2, 2015, the Debtor filed a motion (the "Motion") to limit the notice of documents served in the above-captioned Chapter 11 case (the "Bankruptcy Cases"). You may obtain a copy of the Motion from counsel for the Debtor at the address and phone numbers listed below. On October ___, 2015, the United States Bankruptcy Court for the Eastern District of Louisiana entered an order (the "Notice Order"). Pursuant to the Notice Order, most of the pleadings and other notices of hearing in the Bankruptcy Case will only be mailed to those parties listed on a service list (the "Master Service List") that includes the following recipients: (i) the Office of the United States Trustee for the Western District of Louisiana; (ii) the Debtor; (iii) the attorneys for the Debtor; (iv) counsel to any official committee appointed by the United States Trustee; (v) any secured creditors of the Debtor; (vi) the Securities Exchange Commission; (vii) the Internal Revenue Service; (viii) the creditors holding the 20 largest unsecured claims against the Debtor's estate (on a consolidated basis), excluding insiders, the identity of which may be amended from time to time; and (ix) those persons who have formally appeared and requested service of these cases pursuant to Bankruptcy Rule 2002.

    **PLEASE TAKE FURTHER NOTICE THAT** if you want to be added to the Master Service List, so that you receive copies of pleadings and notices in the Bankruptcy Cases in the future, please make your request in writing to counsel for the Debtors at the addresses, fax numbers, or e-mail addresses listed below.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

Jan M. Hayden
jhayden@bakerdonelson.com
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Phone: (504) 566-5200
Fax: (504) 636-4000

**COUNSEL FOR THE DEBTOR**

NO   v3
-

## **EXHIBIT C**

ALTEC INC
619 E SECOND ST
BROUSSARD, LA 7 0518

B7B OILFIELD SERVIES., LLC
P.O. BOX 207
BROUSSARD, LA 70518

BAKER HUGHES OILFIELD OPER, INC
2929 ALLEN PARKWAY, SUITE 2100
HOUSTON, TX 77019

BASIC ENERGY SERVICES
801 CHERRY STREET, SUITE 2100
FORT WORTH, TX 76102

BAYOU FUEL MARINE & HARDWARE
PO BOX 70
LAFITTE, LA 70067

C & M CONTRACTORS INC
4932 KENAL RD
LAFITTE, LA 70067

CDM RESOURCE MANAGEMENT LTD
20405 TOMBALL PKWY, STE 700
HOUSTON, TX 77070

CENTRAL BOAT RENTALS INC
1640 RIVER RD
BERWICK, LA 70342

CONNER & WINTERS LLP
4000 ONE WILLIAMS CENTER
TULSA, OK 74172-0148

COUGAR OIL CORPORATION
52 7 BEAULLIEU DR
LAFAYETTE, LA 70508

DOUGLAS MACGREGOR
22 Cr 727
GUNNISON, CO 82130

EATON OIL TOOLS INC
P.O. BOX 1050
BROUSSARD, LA 70518-1050

EXXONMOBIL
PO Box 4707
HOUSTON, TX 77210-4707

FRANK'S CASING CREW & RENTAL TOOLS INC
PO BOX 51729
LAFAYETTE, LA 70505-1729

GOTHIC RESOURCES, INC.
C/O AMERICAN NATURAL ENERGY CORPORATION
2512 E. 71ST  ST, SUITE J
TULSA, OK 74136

GREEN FIELD ENERGY SERVICES
4 0 23 AMBASSADOR CAFFERY, SUITE 200
LAFAYETTE, LA 70503

GUICHARD OPER CO INC
PO BOX 2000
CROWLEY, LA

HILLAIR CAPITAL INVESTMENTS, L.P.
345 LORTON AVE, SUITE 303
BURLINGAME, CA 94010

INTERNAL REVENUE SERVICE
1645 S 101st E AVENUE
TULSA, OK 74128

LEEDE FINANCIAL MARKETS, INC.
SUITE 1800-1140 WEST PENDER STREET
VANCOUVER, BC V6E 4G1

LOUISIANA OIL PROPERTIES
270 PARK AVENUE, 9TH FLOOR
NEW YORK, NY 10017-2014

MICHAEL PAULK & STEVEN P. ENSZ
2512 E. 71st ST,  SUITE  J
TULSA, OK 74136

OLEBROOK DIRECTIONAL SERVICES
312 ERGASON RD
CLEBURNE, TX 76013


PALO VERDE ACQUISITIONS, LLC
7711 EAST 111TH STREET, SUITE 121
TULSA, OK 74133


PAR III, INC
7711 EAST 111TH STREET SOUTH, SUITE 121
TULSA, OK 74133

PARKER DRILLNG OFFSHORE USA, LLC
PO BOX 842043
DALLAS, TX 75284-2043

PETROLEUM ENGINEERS, INC.
500 DOVER BLVD, SUITE 310
LAFAYETTE, LA 70503

PLATINUM PRESSURE PUMPING
2100 W LOOP SOUTH, STE 1601
HOUSTON, TX 77027

REAMCO INCORPORATION
1149 SMEDE HWY
BROUSSARD, LA 7 0518

RICHARD MULFORD
3209 S HICKORY LN W
CHANDLER, OK 74834

RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LE
502 W 6TH ST
TULSA, OK 74119-1010

ROUSTABOUTS INC
226 ROUSTABOUT ST
HOUMA, LA 7 03 63

SUMMA ENGINEERING INC
101 PARK AVE, STE 490
OKLAHOMA CITY, OK 73102-7211

ST. CHARLES PARISH  SHERIFF'S DEPARTMENT
P.O. BOX 426
HAHNVILLE, LA 70057


SECURITIES AND EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
BURNETT PLAZA
801 CHERRY STREET
SUITE 1900, UNIT 18
FORT WORTH, TX 76102

TCA GLOBAL MASTER FUND
19950 W COUNTRY CLUB DRIVE #101
AVENTURA, FL 33180

TERREBONNE WIRELINE SERVICES, INC.
155 PUGS COURT
HOUMA, LA 70363

TPC ENERGY LLC
PO BOX 130504
SPRING, TX 77393

TRIPOINT LLC
DEPT 381
PO BOX 4346
HOUSTON, TX 77210-4346

XPRESS SUPPLY LLC
1820 BELLE CHASSE HWY STE 107
GRETNA, LA 70056