B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re  **American Natural Energy Corporation**                              Case No.  **15-12229**
                                    Debtor(s)                                Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| BAYOU FUEL MARINE & HARDWARE<br>PO BOX 70<br>4932 KENAL RD<br>LAFITTE, LA 70067 | BAYOU FUEL MARINE & HARDWARE<br>PO BOX 70<br>4932 KENAL RD<br>LAFITTE, LA 70067 | | | 78,881.24<br><br>(0.00 secured) |
| CDM RESOURCE MANAGEMENT LTD<br>20405 TOMBALL PKWY<br>STE 700<br>HOUSTON, TX 77070 | CDM RESOURCE MANAGEMENT LTD<br>20405 TOMBALL PKWY<br>STE 700<br>HOUSTON, TX 77070 | | | 413,024.23 |
| CENTRAL BOAT RENTALS INC<br>1640 RIVER RD<br>BERWICK, LA 70342 | CENTRAL BOAT RENTALS INC<br>1640 RIVER RD<br>BERWICK, LA 70342 | | | 98,364.66 |
| CONNER & WINTERS LLP<br>4000 ONE WILLIAMS CENTER<br>TULSA, OK 74172-0148 | CONNER & WINTERS LLP<br>4000 ONE WILLIAMS CENTER<br>TULSA, OK 74172-0148 | | | 103,764.80 |
| Douglas MacGregor<br>22 CR 727<br>Gunnison, CO 82130 | Douglas MacGregor<br>22 CR 727<br>Gunnison, CO 82130 | | | 165,000.00<br><br>(0.00 secured) |
| ExxonMobil<br>PO Box 4707<br>Houston, TX 77210-4707 | ExxonMobil<br>PO Box 4707<br>Houston, TX 77210-4707 | | | 480,104.00 |
| Gothic Resources Inc<br>c/o American Natural Energy Corporation<br>2512 E. 71st ST<br>Suite J<br>Tulsa, OK 74136 | Gothic Resources Inc<br>c/o American Natural Energy Corporation<br>2512 E. 71st ST<br>Tulsa, OK 74136 | | | 9,336,516.00 |
| Leede Financial Markets Inc., "In Trust"<br>Suite 1800-1140 West Pender Street<br>Vancouver, BC V6E 4G1 | Leede Financial Markets Inc., "In Trust"<br>Suite 1800-1140 West Pender Street<br>Vancouver, BC V6E 4G1 | | | 301,776.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **American Natural Energy Corporation** Case No. **15-12229**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Louisiana Oil Properties**<br>270 Park Avenue<br>9th Floor<br>New York, NY 10017-2014 | Louisiana Oil Properties<br>270 Park Avenue<br>9th Floor<br>New York, NY 10017-2014 | | | 989,751.00 |
| **Michael Paulk & Steven P. Ensz**<br>2512 E. 71st St<br>Suite J<br>Tulsa, OK 74136 | Michael Paulk & Steven P. Ensz<br>2512 E. 71st St<br>Suite J<br>Tulsa, OK 74136 | | | 330,000.00 |
| **OLEBROOK DIRECTIONAL SERVICES**<br>312 ERGASON RD<br>CLEBURNE, TX 76013 | OLEBROOK DIRECTIONAL SERVICES<br>312 ERGASON RD<br>CLEBURNE, TX 76013 | | | 79,778.84<br><br>(0.00 secured) |
| **Palo Verde Acquisitions LLC**<br>7711 EAST 111TH STREET SOUTH<br>SUITE 121<br>TULSA, OK 74133 | Palo Verde Acquisitions LLC<br>7711 EAST 111TH STREET SOUTH<br>SUITE 121<br>TULSA, OK 74133 | | | 3,639,123.00 |
| **PAR III, INC,**<br>7711 EAST 111TH STREET SOUTH<br>SUITE 121<br>TULSA, OK 74133 | PAR III, INC,<br>7711 EAST 111TH STREET SOUTH<br>SUITE 121<br>TULSA, OK 74133 | | | 150,000.00 |
| **PARKER DRLNG OFFSHORE USA LLC**<br>PO BOX 842043<br>DALLAS, TX 75284-2043 | PARKER DRLNG OFFSHORE USA LLC<br>PO BOX 842043<br>DALLAS, TX 75284-2043 | | | 398,068.69<br><br>(0.00 secured) |
| **RICHARD MULFORD**<br>3209 S HICKORY LN W<br>CHANDLER, OK 74834 | RICHARD MULFORD<br>3209 S HICKORY LN W<br>CHANDLER, OK 74834 | | | 128,880.17 |
| **RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LE**<br>502 W 6TH ST<br>TULSA    OK 74119-1010, OK 74119-1010 | RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LE<br>502 W 6TH ST<br>TULSA    OK 74119-1010, OK 74119-1010 | | | 653,547.70 |
| **SUMMA ENGINEERING INC**<br>101 PARK AVE<br>STE 490<br>OKLAHOMA CITY, OK 73102-7211 | SUMMA ENGINEERING INC<br>101 PARK AVE<br>STE 490<br>OKLAHOMA CITY, OK 73102-7211 | | | 365,828.53 |
| **TPC Energy LLC**<br>PO Box 130504<br>Spring, TX 77393 | TPC Energy LLC<br>PO Box 130504<br>Spring, TX 77393 | | | 392,070.00 |
| **WEATHERFORD US LP**<br>221 S HOLLYWOOD RD<br>HOUMA, LA 70360 | WEATHERFORD US LP<br>221 S HOLLYWOOD RD<br>HOUMA, LA 70360 | | | 76,571.10 |

B4 (Official Form 4) (12/07) - Cont.

In re  **American Natural Energy Corporation**　　　　　　Case No.　**15-12229**
　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **WILLIAM S CLARKE PA**<br>**65 S MAIN ST STE A-202**<br>**PENNINGTON, NJ 08534** | **WILLIAM S CLARKE PA**<br>**65 S MAIN ST STE A-202**<br>**PENNINGTON, NJ 08534** | | | 148,882.30 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 6, 2015**　　　　　　　Signature  _/s/ [signature]_

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.