## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-12229 |
| | * | |
| AMERICAN NATURAL | * | CHAPTER 11 |
| ENERGY CORPORATION | * | |
| | * | SECTION "A" |
| DEBTOR | * | |

*******************************************

### ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS WITH CONSENT OF THE UNITED STATES TRUSTEE'S OFFICE

Upon considering the Debtor's Motion for Extension of Time to File Schedules and Statement of Financial Affairs (the "Motion");

**IT IS ORDERED** that the Motion be and is hereby granted, and that the Debtor is hereby granted an extension, through and including October 16, 2015, within which to file its Schedules.

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 13, 2015.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge