UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     CASE NO.

**AMERICAN NATURAL ENERGY CORPORATION**     **15-12229**

    **SECTION A**
DEBTOR     CHAPTER 11

## ORDER FOLLOWING HEARING

On January 29, 2016, the Court held a hearing on the approval of the Joint Amended Disclosure Statement (P-159) filed by Debtor, American Natural Energy Corporation, and Hillair Capital Investments, L.P. Appearances were made by:

Jan Hayden and Patrick Willis, counsel for Debtor

Michael Crawford, counsel for Hillair Capital Investments, L.P.

Amanda George, counsel for the U.S. Trustee

Stewart Peck and Christopher Caplinger, counsel for the Committee of Unsecured Creditors

**IT IS ORDERED** that a Joint Second Amended Disclosure Statement, which includes the changes discussed in open court, shall be filed by the close of business on **February 15, 2016.**

**IT IS FURTHER ORDERED** that objections shall be filed by 12:00 (noon) on **February 17, 2016.**

**IT IS FURTHER ORDERED** that a hearing on the Joint Second Amended Disclosure Statement shall be held on **February 18, 2016 at 10:30 a.m.**

**IT IS FURTHER ORDERED** that a confirmation hearing is tentatively set for **March 15, 2016 at 10:30 a.m.**

**IT IS FURTHER ORDERED**, pursuant to Debtor's oral motion, that the Ex Parte Motion for an Order Authorizing the Employment and Retention of PLS, Inc. as Sales Agent for Debtor (P-

114) is **WITHDRAWN**.

    New Orleans, Louisiana, January 29, 2016.

                                            Hon. Elizabeth W. Magner
                                            U.S. Bankruptcy Judge